# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4420
_____

HENRY COLDRIDGE MILLS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

June 11, 2019


PER CURIAM.

   AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

   ***Not final until disposition of any timely and
   authorized motion under Fla. R. App. P. 9.330 or
   9.331.***

_____


Henry Coldridge Mills, pro se, Appellant.

Ashley Moody, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.